Neva DAVISON, Appellant,

v.

UNIROYAL, INC., and Treasurer of the State of Missouri as Custodian of the Second Injury Fund, Respondents.

No. WD 33976.

Missouri Court of Appeals, Western District.

Sept. 27, 1983.

Jerold L. Drake of Stephens & Drake, Grant City, for appellant.

Frank H. Strong of Strong, Strong & Prokes, Maryville, for respondent Uniroyal.

John Ashcroft, Atty. Gen., Jefferson City, James J. McNary, Asst. Atty. Gen., Kansas City, for respondent Mel Carnahan, Treasurer of State of Mo. as Custodian of the Second Injury Fund.

Before SOMERVILLE, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a judgment of the circuit court, which affirmed an award of worker's compensation made by the Labor and Industrial Relations Commission.

Judgment affirmed. Rule 84.16(b).